FILED
CLERK, U.S. DISTRICT COURT

**MAR - 8 2019**

CENTRAL DISTRICT OF CALIFORNIA
BY: **RS** DEPUTY

STEPHEN WILLIAM RINES
FULL NAME

COMMITTED NAME (if different)
RIVERSIDE Co Jail Cois BRYD
FULL ADDRESS INCLUDING NAME OF INSTITUTION
30755-B AUID ROI
MURRIETA, CA. 92563
PRISON NUMBER (if applicable)
# 201821280

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEPHEN WILLIAM RINES

PLAINTIFF,

v.

RIVERSIDE COUNTY JAILS
SHERIFF'S, MEDICAL DOCTORS AND
STAFF JOHN/JANE DOES

DEFENDANT(S).

CASE NUMBER   **5:19-CV-00426-PA-MAA**

*To be supplied by the Clerk*

### CIVIL RIGHTS COMPLAINT
### PURSUANT TO *(Check one)*

☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff   STEPHEN WILLIAM RINES
(print plaintiff's name)

who presently resides at RIVERSIDE County JAIl COIS BRYD DETENTION CENTER.
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

RIVERSIDE COUNTY JAILS COIS BRYD & ROBERT PRESLEY DETENTION CEN
(institution/city where violation occurred)

To Whom it Concerns,

My name is Stephen William Rives # 201821280
I am a Inmate at Riverside County Jail Cois Bryd
Located at 30755-B Auld Rd City of Murrieta, CA 92563
I am writing this Letter of Cause of Action in the
Regaurds of the Medical Care Negligence / Malpractice of
which has lead to Personal Injury 2 Spinal Emergency
Surgury's, Unrepairable Harm to my Health which Continues
Sever Pain, Loss of Property, Violation of Due Process
Rights to Access Legal Materials, Law Libary Denied
while Being Held By the Riverside County Sheriffs and
the Medical Staff Hired By Riverside County Sheriffs'
Jails of Cois Bryd Detention Center and Robert
Presley Jail in Downtown Riverside where the
Violations of my Constitutional Rights of Medical Care
and Due Process and to be Free of Harm, Threats
Harassment and Retaliation an am in this Process
Seeking Legal Recourse and Relief at this Time for
the Facts as they are Stated Here for Serious
Personal Injury, Unrepairable Harm to Health, Loss
of Property and Violations of my Rights Suffered
Against the Riverside County Sheriffs Jails and
Medical Staff Hired By Jails and the Riverside
County Sheriffs Department Responsible for the
Hiring of all Employees and Responsible Parties

WHICH LEAD UP TO AND CONTINUES TO CAUSE FURTHER HARM, INJURY AND SEVER PAIN AS WELL AS THE VIOLATIONS OF MY RIGHTS IN THIER INDIVIDUAL AND OFFICIAL CAPACITY AS STATED HERE

ON 6/1/18 I WAS BOOKED INTO THE RIVERSIDE COUNTY JAIL COIS BRYD @ 30755-B AULD Rd CITY OF MURRIETA, CA. BOOKING # 201821280 AT WHICH TIME ADVISED RIVERSIDE COUNTY SHERIFF'S MEDICAL STAFF OF MEDICAL ISSUES FOR SPINE AND 12mm WEDGE LIFT INSIDE OF RIGHT SHOE FOR SPINAL ALIGNMENT AS WELL AS OF MEDICATIONS TAKEN FOR PAIN MANAGMENT ISSUES AS WELL OF OTHER HEALTH ISSUES ALL OF WHICH ARE CHRONIC CONDITIONS AS WELL AS DOCTORS AND PHARMACY INFORMATION AVILABLE TO CONTACT FOR MEDICATIONS AND MEDICAL ISSUES AND HAVE FILED SEVERAL GRIEVANCES SINCE THIS DATE FOR MEDICATIONS, SEVER PAIN, SPINAL ISSUES, LACK OF PROPER MEDICAL CARE, REPEATED CHARGES FOR CHRONIC CARE CONDITIONS AND MEDICATIONS, NEGLIGENCE OF DUTY OF MEDICAL STAFF AND RIVERSIDE COUNTY SHERIFF'S JAIL STAFF TO ENSURE MY RIGHTS OF MEDICAL CARE AND TO BE SAFE FROM FURTHER HARM OR INJURY FROM NEGLIGENCE/MALPRACTICE OF MEDICAL CARE LEADING UP TO SEVER INJURY AND UNREPAIRABLE HARM SUFFERED AND HOSPITALIZATION MENTIONED HERE

AFTER DUE TO RIVERSIDE COUNTY SHERIFF'S AND THE
MEDICAL STAFF HIRED BY SHERIFF'S DEPARTMENT OF
RIVERSIDE COUNTY MEDICAL NEGLIGENCE/MALPRACTICE

ON 9/14/18 I WAS TAKEN BY AMBULANCE OUT TO RANCHO
SPRINGS HOSPITAL @ 25500 MEDICAL CENTER DR. CITY OF
MURRIETA, CA. MRN# 7500733 DUE TO SLIPPED DISK IN
LOWER SPINE, NON-AMBULATORY IN SEVER PAIN OF LOWER
BACK AFTER I HAVE FILED SEVERAL MEDICAL BLUE SLIPS
AND JAIL GRIEVANCE AS TO ISSUE MEDICAL AND
SHERIFF'S STAFF IGNORED PROPER MEDICAL CARE
RESULTING IN INJURY WHICH IS NEGLIGENCE/MALPRACTICE
DUE TO FURTHER HARM OR INJURY OF A KNOWN MEDICAL
CONDITION BY SHERIFF'S AND MEDICAL STAFF AT TIME
OF INJURY OCCURRING ON THIS DATE

ON 9/15/18 I WAS THEN TRANSFERED TO THE INLAND
VALLEY MEDICAL CENTER @ 36485 INLAND VALLEY DR.
CITY OF WILDOMAR, CA. BY AMBULANCE PENDING
POSSIBLE SPINAL SURGERY DUE TO SPINAL ISSUE.
INJURY MRN# SWH07500733 UNTIL I WAS
RELEASED ONCE GAINED PARTIAL FEELING AND
MOVEMENT OF LEGS 9/17/18 SEMI AMBULATORY WITH
USE OF WALKER.

ON 9/17/18 I WAS TRANSPORTED FROM HOSPITAL AND RECIEVED BACK AT RIVERSIDE COUNTY SHERIFF'S COIS BRYD DETENTION CENTER WHERE UPON BEING RECIEVED AT JAIL MEDICAL STAFF JANE DOE SCREENED ME IN BOOKING AT WHICH TIME I WAS ADVISED I WOULD NOT BE ALLOWED USE OF WALKER AND IT WAS REMOVED FROM MY POSSION AND WAS FORCED TO WALK BACK TO HOUSING POD F WITHOUT WALKER OR ASSISTANCE WITH SLIPPED, HERNIATED DISK OF LOWER SPINE WHICH I WAS JUST RELEASED FROM HOSPITAL FOR INJURY DUE TO SAME NEGLIGENCE/MALPRACTICE WHICH CONTINUED A FEW HOURS LATER THAT DAY

ON 9/17/18 AT ABOUT 7:30pm OR SO RIVERSIDE COUNTY SHERIFF'S DEPUTIES ON DUTY IN F POD CAME OVER CELL SPEAKER ADVISED ME TO ROLL UP PROPERTY I WAS BEING MOVED TO LOWER BUNK IN ANOTHER POD & DEPUTY JOHN DOE WHEN ADVISED I WAS UNABLE TO CARRY PROPERTY DUE TO MEDICAL ISSUE OF SPINE INJURY I WAS JUST RELEASED FROM HOSPITAL FOR TOLD ME HE WASN'T GOING TO CARRY IT SO FIGURE IT OUT OR LOSS PROPERTY AT WHICH TIME I WAS FORCED TO PUSH MY BOX OF PROPERTY DOWN HALLWAY WITH MY FOOT WHILE FORCED TO WALK WITHOUT ASSITED USE OF WALKER HOSPITAL ORDERED TO USE AND RELEASED ME WITH IN SEVER PAIN DUE TO SPINAL ISSUE AND INJURY WHICH I FILED

SEVERAL GRIEVANCES AS TO THIS ISSUE AND CONTINUED
ISSUES OF MEDICATIONS FOR SEVER PAIN AND MEDICAL
NEGLIGENCE/MALPRACTICE LEADING TO FURTHER INJURY
FROM KNOWN MEDICAL ISSUES AND CONDITION

ON 10/14/18 OR ABOUT THAT DATE I WAS ADVISED BY
RIVERSIDE COUNTY SHERIFF'S HOUSING POD D DEPUTY
WORKING JOHN DOE WHOM ON MY INTERCOM IN
CELL D42 THAT I WAS TO MOVE UP TO TOP BUNK
IMMEADIATLY AFTER MY CELLIE MR. SMITH WHOM
WAS INJURIED DURING A FIGHT RETURNED FROM
HOSPITAL WITH BLACK EYES. I ADVISED DEPUTY
JOHN DOE I HAVE SEVER SPINE/BACK ISSUES AND
HAVE A LOWER BUNK FROM MEDICAL DUE TO THESE
ISSUES AND INJURIES AT WHICH TIME POD D
DUPUTY JOHN DOE TOLD ME I NO LONGER DO
SO MOVE UP TO TOP BUNK OR ELSE I WOULD BE
MOVED FROM RSAT PROGRAM SO I WAS FORCED
TO MOVE UP TO TOP BUNK WITH KNOWN
MEDICAL ISSUE FOR SPINAL INJURY WHICH
KNOWNINGLY PLACED ME IN DANGER OF HARM
OF SERIOUS INJURY WHICH I FILED GRIEVANCE
AND SUBMITTED MEDICAL BLUE SLIP TO BE
SEEN BY MEDICAL ABOUT ISSUE AS WELL

ON 10/15/18 I WAS SEEN BY MEDICAL STAFF ON
DUTY FOR AM SICK CALL JOHN/JANE DOE.
ADVISED OF ISSUE AT WHICH TIME I WAS
TOLD GIVEN LOWER BUNK PASS ALREADY THAT
MOVED BY SHERIFF'S NOT MEDICAL SO SHOULD BE
MOVED BUT WAS NOT MOVED FROM TOP BUNK
DUE TO MEDICAL STAFF ON DUTY FAILURE TO
NOTIFY SHERIFF'S STAFF OF LOWER BUNK PASS
AT WHICH TIME ASKED MEDICAL STAFF WORKING
PM PILL LINE JOHN/JANE DOE AND WAS TOLD TO
PUT IN MEDICAL BLUE SLIP AGAIN TO BE
SEEN WHICH I ONCE AGAIN SUBMITTED

ON 10/16/18 SEEN MEDICAL STAFF ON DUTY JOHN/
JANE DOE. AT AM SICK CALL ADVISED OF ISSUE
SAID SHOULD HAVE LOWER BUNK. ADVISED THEY
WOULD CONTACT DOCTOR ABOUT ISSUE AT WHICH
AGAIN I WAS NEVER MOVED TO LOWER BUNK
ASKED MEDICAL STAFF JOHN/JANE DOE AT PM
PILL LINE. AT WHICH TIME ADVISED NOTHING
STILL IN SYSTEM FOR LOWER BUNK PASS OR
MEDICATIONS ORDERED TOLD TO SUBMIT A
MEDICAL BLUE SLIP YET AGAIN TO BE CHARGED
TO BE SEEN WHILE FORCED TO REMAIN ON A
TOP BUNK WITH A KNOWN MEDICAL ISSUE

AND INJURY OF SPINE BY BOTH SHERIFF'S AND MEDICAL STAFF AT JAIL WHOMS NEGLIGENCE CONTINUED TO PLACE ME IN HARMS WAY OF SERIOUS INJURY DUE TO FAILURE OF STAFF AT JAIL TO ENSURE MY RIGHT TO BE FREE FROM HARM OR INJURY OF KNOWN ISSUE

ON 10/17/18 I FILED A GRIEVANCE ON MEDICAL STAFF HIRED BY RIVERSIDE County SHERIFF'S AS WELL AS THE SHERIFF'S RESPONSIBLE WHO WORK AT JAIL FOR FAILURE TO PROVIDE PROPER MEDICAL CARE AND TO FILE PROPER PAPER WORK (LOWER BUNK PASS) NEGLIGENCE OF DUTIES TO ENSURE MY SAFTY FROM HARM OR THREAT OF FURTHER INJURY OR HARM FOR A KNOWN MEDICAL ISSUE AND SPINAL INJURY DUE TO NEGLIGENCE OF DUTY WHICH LEAD TO MY BEING HOSPITALIZED WITH SERIOUS INJURY LATER THAT SAME DAY

ON 10/17/18 AT ABOUT 7:30pm OR SO RIVERSIDE County SHERIFFS DEPUTIES JOHN/JANE DOES ON DUTY WHERE DOING CLOTHING EXCHANGE AND OPENED MY CELL DH 42 AT WHICH TIME I WENT TO STEP DOWN ON TO THE DESK TOP TO GET DOWN OFF OF THE TOP BUNK AT WHICH TIME AS I WAS

DOING SO MY LOWER BACK SPINAL DISK POPPED OUT AGAIN CAUSING ME TO FALL FROM TOP BUNK HITTING THE WALL DOWN TO THE FLOOR WITH NO FEELING OF MY BODY EXTREMITIES OR MOVEMENT COMPLETLY NON-AMBULATORY WITH EXTREAM PAIN IN LOWER SPINAL AREA AT WHICH TIME MY CELLIE MR. SMITH TOLD DEPUTIES WORKING CLOTHING EXCHANGE I JUST FEIL GETTING OFF OF THE TOP BUNK JUST THEN AT WHICH TIME THEY CALLED MEDICAL STAFF JOHN/JANE DOES ON DUTY WHO ALL RESPONDED ADVISED OF FALL, NO FEELING/NUMBNESS LEGS AND ARMS COMPLETLY NON-AMBULATORY EXTREAM PAIN LOWER SPINAL AREA AT WHICH TIME I WAS TAKEN OUT BY AMBULANCE TO EMERGENCY ROOM AT LOMA LINDA OF MURRIETA I BELIEVE THE NAME OF HOSPITAL RECIEVED AT

ON 10/18/18 I WAS THEN IMMEDIATELY TRANSFERED TO THE RIVERSIDE COUNTY REGIONAL MEDICAL CENTER HOSPITAL BY AMBULANCE TO THE ICU PENDING OF POSSIBLE EMERGENCY SPINAL SURGURY NON-AMBULATORY MRN # 8253991 CSN# 112513367 LOCATED @ 26520 CACTUS AVE CITY OF MORENOVALLEY

ON 10/21/18 WAS TAKEN FROM ICU TO HAVE EMERGENCY SPINAL SURGERY FOR SPINAL INJURY OCCURED FROM FALL OFF TOP BUNK AT RIVERSIDE COUNTY SHERIFFS COIS BLYD JAIL RESULTING IN OPENING A 8½-10" SURGICAL INCISION ON LOWER BACK SPINE DUE TO MEDICAL STAFF AND SHERIFF'S STAFF HIRED AT JAIL BY RIVERSIDE COUNTY SHERIFFS DEPARTMENTS IMPROPER MEDICAL CARE AND MALPRACTICE/NEGLIGENCE OF DUTIES TO ENSURE MY RIGHTS, SAFTY AND PROPER MEDICAL CARE FOR MEDICAL ISSUES THEY WERE FULLY AWARE OF ALREADY WHICH RESULTED IN SERIOUS PERSONAL INJURY AND OTHER UNREPAIRABLE HARM TO MY BODY AND HEALTH

ON 10/27/18 RELEASED FROM RIVERSIDE COUNTY REGIONAL HOSPITAL TO RIVERSIDE COUNTY SHERIFFS JOHN DOES #1 AND #2 FOR TRANSPORT TO RIVERSIDE COUNTY ROBERT PRESLEY JAIL AT WHICH TIME I WAS PLACED IN LEG CHAINS AND WAIST CHAINS AND MADE TO TWIST AND SQUEEZ INTO CRAMPED BACKSEAT TO FIT INSIDE OF UNMARKED TRANSPORT CAR AND ENDURE SEVER PAIN FROM SURGICAL INCISION FROM STRESS OF POSITION TWISTED TO FIT AND PRESSURE OF THE LOCK AND WAIST CHAINS ON INCISION OF SPINE

10/27/18 UPON ARRIVAL AT JAIL I WAS THEN PLACED IN WHEELCHAIR INSIDE OF A HOLDING CELL ALONE WITH NO EMERGENCY CALL BUTTON OR ADA BARS FOR HOURS WHICH LEAD TO MY FALL TRING TO GET OUT OF WHEELCHAIR TO USE THE REST-ROOM FACILITY WITH NOTHING TO HOLD ON TO RESULTING IN FURTHER INJURY TO SPINE WHERE I WAS TAKEN BACK OUT NON-AMBULATORY AGAIN BY AMBULANCE TO RIVERSIDE COUNTY RIGIONAL HOSPITAL JUST HOURS AFTER BEING RELEASED FROM SAME HOSPITAL PENDING POSSIBLE EMERGENCY SURGURY AGAIN ON LOWER BACK SPINAL AREA I JUST HAD DONE ON 10/21/18 IN SEVER PAIN MRN# 8253991 CSN# 112733278

ON 10/28/18 WAS TAKEN IMMEADITALY FROM EMERGANCY ROOM TO HAVE TO HAVE ANOTHER EMERGENCY SPINAL SURGURY TO RELIEVE PRESSURE ON SPINE DUE TO FALL AT RIVERSIDE COUNTY SHERIFF'S ROBERT PRESLEY JAILS FAILURE TO ENSURE MY SAFTIY AND APPROPIATE ADA BARS IN CELL

ON 10/29/18 ABOUT 10 PM RELEASED FROM HOSPITAL TRANSPORTED BACK TO RIVERSIDE COUNTY ROBERT PRESLEY JAIL PLACED IN HOLDING CELL WITH 12 OR SO OTHERS FORCED TO SIT IN CELL SMELLING OF URINE IN SEVER PAIN FOR HOURS TILL EARLY MORNING WITH NO WHERE TO LAY DOWN TO TAKE STRESS OF SPINAL INJURY LESS THEN 36 HOURS OUT OF SURGERY LATER

ON 10/30/18 EARLY AM HOURS PLACED IN WAIST CHAINS TIGHT PUSHING INTO FRESH SURGICAL INCISION ON SPINE FOR HOURS AND PLACED ON BUS FOR TRANSPORT BACK TO RIVERSIDE COUNTY COIS BRYD JAIL WHERE UPON I WAS IMMEADITLY REMOVED FROM RSAT PROGRAM TO F POD HOUSING DUE TO THE INJURY OCCURED FROM FALL DUE TO RIVERSIDE COUNTY SHERIFFS AND MEDICAL STAFF HIRED BY SHERIFFS AT JAILS MEDICAL NEGLECT OF DUTY RESULTING IN THE REPEATED HARM AND SERIOUS INJURY I HAVE BEEN MADE TO SUFFER BECAUSE OF THEIR NEGLIGENCE / MALPRACTICE

ON 11/4/18 DURING CLOTHING EXCHANGE AT RIVERSIDE COUNTY SHERIFF'S COIS BRYD JAIL

SHERIFF'S DEPUTIES JOHN/JAN DOES SHEARCHED MY CELL AND REMOVED MEDICAL APPROVED ORTHO-PEDIC 12MM WEDGE LIFT FOR SPINAL ALIDEMENT ISSUE I WAS RECIEVED IN JAIL WITH FOR ISSUE AND MEDICAL APPROVED SHOES IT WAS IN AT TIME AND THREW AWAY IN TRASH WITHOUT CHECKING WITH MEDICAL OR PROVIDING ME WITH A REASON OR CONFISCATION FORM FOR PERSONAL PROPERTY TAKEN FROM ME WHICH WAS A MEDICAL APPROVED DEVICE WHICH HAS YET TO BE REPLACED EVEN THO I HAVE FILED SEVERAL GRIEVANCES IN REGAURDS TO LACK OF DEVICE CAUSING FURTHER STRESS ON SPINE EXSPECIALLY SINCE JUST HAD TO HAVE 2 EMERGENCY SPINAL SURGURY'S JUST RECENTLY AND HAVE CONTINUED TO EXHUST AVILABLE REMEDIES WITH NO RESOLVE OR RELIEF AND THESE ISSUES CONTINUE TO CAUSE FURTHER HARM, INJURY AND SEVER PAIN DUE TO MEDICAL STAFF AND RIVERSIDE COUNTY SHERIFFS LACK OF PROPER MEDICAL CARE NEGLIGENCE/MALPRACTICE AND HAVE CONTINUED SINCE THIS DATE TO GRIEVANCE MEDICAL CARE ISSUE AS WELL AS BEING DENIED ACCESS TO LAW LIBARY, LEGAL FORMS TO FILE PROPER FORMS TO ACCESS THE COURTS ON MY OWN BEHALF IN SEEKING RELIEFE AND LAWSUIT FOR VIOLATIONS OF MY RIGHTS TO PROPER MEDICAL CARE AND RIGHTS TO BE FREE FROM HARM, HARASSMENT OR THREATS OF HARM OR INJURY AS WELL AS MY RIGHTS TO ACCESS LAW LIBARY AND COURTS AND DUE PROCESS RIGHTS

WHICH CONTINUES TO DATE TO CAUSE FURTHER HARM AND THREAT OF FURTHER INJURY, UNREPAIRABLE HARM TO MY HEALTH BECAUSE OF THESE ISSUES

11/4/18 - 1/25/19 FILED SERVERAL GRIEVANCES AS TO MEDICAL, SEVER PAIN, LAW LIBARY ACCESS ALL CONTINUE TO NO RESOLVE OF ISSUES CONTINUIOUSLY TOLD TURN IN MEDICAL BLUE SLIPS OR GRIEVANCES I HAVE TURNED IN MEDICAL BLUE SLIPS 12/29/18; 1/4/19; 1/6/19 ON 1/18/19 SEEN PA ROSELYN FOR SEVER PAIN, BACK POPING OUT, MUSCLE SPAZMS DUE TO BACK SPINAL ISSUES STARTED MEDICATION 1/8/19 MEDICATIONS STOPPED 1/18/19 FOR SEVER PAIN AND CHRONIC SPINAL ISSUE FORCED TO SUBMIT ANOTHER MEDICAL BLUE SLIPS 1/19/19; 1/23/19; 1/25/19 ALL FOR SAME ISSUE OF SEVER PAIN, MUSCLE SPARMS DUE TO SPINAL INJURY RESULTING FROM SAME MEDICAL NEGLIGENCE

ON 1/25/19 TALKED WITH SERGENT CONN WHOM IS OVER MEDICAL GRIEVANCES IN RESPONSE TO GRIEVANCE FILED 1/22/19 ABONT MEDICATIONS AND MEDICAL NEGLIGENCE OF CARE FOR KNOWN CHRONIC SEVER PAIN AND SPINAL ISSUES WHOM I HAVE HAD SEVERAL TIMES TALKED TO IN THESE REGUARDS WITH NO RESIVE IN REGUARDS TO THESE CONTINUIOUS ISSUES ADVISED ME WOULD GO TALK TO DOCTOR AS TO MEDICATIONS AFTER EXPLANING AND SHOWING HOW MANY MEDICAL SLIPS I HAVE TURNED IN AND CHARGED FOR NOTHING

ON 1/26/19 ADVISED BY AM Pill LINE RN JANE DOE OF MEDICATIONS STARTED AND UP DOSE FOR 7 DAYS PER DOCTOR

ON 1/31/19 WAS TAKEN OUT FOR SHEDULED MED RUN TO OUTSIDE HOSPITAL RIVERSIDE COUNTY REGIONAL CENTER FOR UROLOGIST FOR ISSUES RESULTING FROM INJURY TO SPINE FROM FALL 10/17/18 AND SURGURY ON 10/21/18 AND 10/28/18 WHICH RESULTED IN LOSS OF BLADDER CONTROL, NO FEELING OF GENITAL AREAS AND IMPANTCEY ISSUES AS WELL AS THE ISSUES OF SEVER PAIN, MUSCLUE SPASMS AND DISK BACK popping WHEN ADVICED BY JAIL RN JOHN/JANE DOE ON DUTY MEDICATIONS STOPPED THAT WAS JUST ORDERED 1/26/19 Suppose TO BEEN FOR 7 days BEFORE I WAS TRANSFERED TO OUTSIDE APPOINTMENT

ON 1/31/19 UPON MY RETURN FROM OUTSIDE MED RUN APPOINT-MENT I RETURNED TO HOUSING UNIT F POD TO FIND MY PROPERTY FROM MY CELL #18 LOWER TEIR WAS REMOVED FROM MY CELL AND MOVED TO A TOP TEIR CELL #27 UPSTAIRS IN F POD WHICH I AM NOT SUPPOSE TO BE ON A TOP BUNK OR TOP TEIR DUE TO SPINAL ISSUES BACK popping OUT & MUSCLUE SPASMS CAUSING FALL. I ADVISED F POD DEPUTY WORKING JOHN DOE I HAVE LOWER BUNK LOWER TEIR AT WHICH TIME DEPUTY JOHN DOE ADVISED ME THAT PER CLASSIFICATION AND MEDICAL HE SAID HAVE only LOWER BUNK NOT LOWER TEIR PASS AT WHICH TIME

I TURNED IN ANOTHER MEDICAL BLUE SLIP FOR THIS ISSUE
AND MEDICATIONS STOPPED AGAIN AS WELL AS FILED
GRIEVANCE ABOUT ISSUES AND MEDICAL STAFF AND JAIL
SHERIFFS STAFF PLACING ME CONTINUOUSLY AT FURTHER
RISK OF HARM OR SERIOUS INJURY AGAIN

ON 2/1/19 SEEN RN JOHN/JANE DOE AT AM SICK CALL AND
ADVISED STILL IN SEVER PAIN, BACK DISK POPPING OUT, AND
MUSCULE SPAZMS AS WELL AS ISSUE THAT I WAS MOVED
TO TOP TEIR AND AM SUPPOSE TO HAVE LOWER BUNK LOWER
TEIR PASS ONLY DUE TO SPINAL INJURY ISSUES AS THEY
ARE FULLY AWARE OF ADVISED DOCTOR WILL DO CHART REVIEW

ON 2/2/19 AT AM PILL LINE AS I WAS WALKING DOWN FROM
MY CELL #27 ON THE TOP TEIR IN F POD TO RECIEVE
MEDICATION MY LOWER BACK SPINAL DISK POPPED OUT
CAUSING ME TO FALL DOWN THE STAIRS AND HAVING TO
BE TAKEN OUT BY AMBULANCE IN SEVER PAIN OF
SPINAL LOWER BACK AREA AND COMPLETE NUMBNESS
OF LOWER EXTREMITIES DO TO FALL CAUSING FURTHER
HARM AND INJURY TO RANCHO SPRINGS HOSPITAL @
25500 MEDICAL CENTER DR. CITY OF MURRIETA, CA 92562
MRI DONE AND PAIN MEDICATION GIVEN FOR SEVER PAIN
MRN# SWH0750033 CSN# SWH0000123333148

ON 2/3/19 RELEASED FROM RANCHO SPRINGS HOSPITAL WITH
PERSCRIPTION FOR SEVER PAIN AND A INFECTION TO
RIVERSIDE COUNTY SHERIFF'S TRANSPORTED BACK TO
COIS BRYD DETENTION CENTER RECIEVED INTO JAIL
AND TAKEN TO NEW HOUSING UNIT G POD FOR LOWER
BUNK LOWER TEIR CELL FROM F POD TOP TEIR CELL I
WAS HOUSED IN THAT RESULTED TO FURTHER HARM
FROM FALL AND INJURY OF KNOWN MEDICAL SPINAL ISSUE
WHICH I FILED A GRIEVANCE ON THIS ISSUE AND
THE FACT THAT RIVERSIDE COUNTY SHERIFFS AND MEDICAL
STAFF HIRED AT JAIL KNOWINGLY AND CONTINUOUSLY
PLACE ME IN HARMS WAY AND FAIL TO ENSURE MY RIGHT
TO BE FREE FROM HARM, THREATHS OF HARM OR INJURY
AS WELL AS TO BE FREE FROM HARRASSMENT RETAL-
IATION AND SEVER PAIN OF KNOWN MEDICAL ON 2/3/19

ON 2/5/19 ADVISED AT PILL LINE BY RN JOHN JANE DOE ON
DUTY THAT PAIN MEDICATION PERSCRIBED BY DOCTOR
AT HOSPITAL WAS NO LONGER AVILABLE TO ME AFTER
TAKEN IT FOR ONLY 2 DAY THEN STOPPED THO PERSCRIPTION
WAS FILLED BY JAIL FOR 20 TABLETS AND PRISCRIPTION
CALLED FOR 1 TABLET EVERY 6 HOURS I WAS GIVEN IT
2 DAYS ONLY 6 TABLETS TOTAL OF PRESCRIPTION
GIVEN THEN STOPPED FOR NO OTHER REASON
BUT TO BE MADE TO SUFFER SEVER PAIN I DO

BELIEVE DUE TO GRIEVANCES FILED AS TO THE FAILURE
OF THE RIVERSIDE COUNTY SHERIFF'S JAIL AND SHERIFF'S
AND MEDICAL STAFF HIRED AT JAILS TO ENSURE
MY RIGHT TO NOT BE PUT IN HARMS WAY OF INJURY
WHICH THEY HAVE FAILED TO DO REPEATEDLY AND
I HAVE BEEN MADE TO SUFFER SERIOUS INJURY AND
HARM AND SEVER PAIN DO TO RIVERSIDE COUNTY
SHERIFF'S AND MEDICAL STAFFS NEGLIGENCE/MALPRACTICE
OF DUTY AND CONTINUEIOUS FAILURE TO ENSURE MY
HEALTH AND SAFTEY FROM FOURTHER HARM AND SERIOUS
INJURY BY CONTINUELY PUTTING ME IN HARMS WAY AND
POSITION TO POSSIBLY INCURE FURTHER SERIOUS HARM
OR INJURY OF KNOWN MEDICAL SPINAL ISSUE AND THE
FAILURE TO ENSURE MY RIGHT TO BE FREE OF SEVER
PAIN, THREATS, HARRASSMENT AND HARM AND RETALIATION
WHICH I HAVE SUFFERED AND WHICH CONTINUES TO
DATE AS WELL AS STILL DENIED ANY ACCESS TO LEGAL
LIBRARY, MATERIALS WHICH IS A VIOLATION OF MY RIGHT
OF DUE PROCESS AND MADE TO SUFFER FURTHER
THREATS AND RETALIATION DUE TO THESE MATTERS
TO THIS DATE AND HERE DO BY SWEAR UNDER
PENALTY OF LAW THE FACTS ARE TRUE AS TO THE
BEST OF MY KNOWLEDGE AS STATED HERE AND
WILL SWEAR OATH IN COURT AS TO TRUE AND
FACTUAL   SIGNED                             02/07/19
                        STEPHE WILLIAM RINES



STEPHEN WILLIAM KINES
#201821230
COLO BAYD DETENTION CENTER
30755-B AULD Rd
MURRIETA, CA. 92563
ATTENTION: PRO SE CLERK
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 EAST TEMPLE ST. Suite # 134
LOS ANGELES, CA. 90012

