UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **5:19-cv-00426-PA (MAA)** | Date: **January 7, 2020** |
| Title **Stephen William Rines v. Riverside County Jails Sheriffs et al.** | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Chris Silva | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution

    On October 7, 2019, the Court issued a Memorandum Decision and Order Dismissing First Amended Complaint with Leave to Amend. (Order Dismiss FAC, ECF No. 21.) In the Order, the Court ordered Plaintiff Stephen William Rines ("Plaintiff") to, no later than thirty days after the date of the Order, either file a Second Amended Complaint ("SAC") or advise the Court that Plaintiff does not intend to file a SAC. (*Id*. at 2, 26.) The Court explicitly cautioned Plaintiff that "**failure to timely file a SAC, or timely advise the Court that Plaintiff does not intend to file a SAC, will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b)**." (*Id*. at 27.)

    On November 12, 2019, Plaintiff filed a Motion for Extension of Time ("Motion," ECF No. 22). On November 15, 2019, the Court granted Plaintiff's Motion and extended Plaintiff's deadline to file a SAC to December 16, 2019. (Order, ECF No. 23).

    To date, Plaintiff has filed neither a SAC nor a Notice of Dismissal of the action. (A Notice of Dismissal form is attached to this order.) Plaintiff is **ORDERED TO SHOW CAUSE** by **February 6, 2020** why the Court should not recommend that the case be dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Plaintiff files a SAC or a Notice of Dismissal on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **5:19-cv-00426-PA (MAA)**　　　　　　　　　　Date: **January 7, 2020**

Title　　**Stephen William Rines v. Riverside County Jails Sheriffs** *et al.*

　　**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**. *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment
Notice of Dismissal (CV-09)

**Time in Court:** 0:00
**Initials of Preparer:** CSI