JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN WILLIAM RINES,<br><br>Plaintiff,<br><br>   v.<br><br>RIVERSIDE COUNTY JAILS<br>SHERIFFS et al.,<br><br>Defendants. | Case No. 5:19-cv-00426-PA (MAA)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED: August 7, 2020

                        PERCY ANDERSON
                UNITED STATES DISTRICT JUDGE